UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WUHAN ZHONGXIN IMPORT & EXPORT COMPANY LTD, A Chinese Corporate Entity, | Case No. 1:19-cv-05703-WFK-RML |
| Plaintiff, | |
| v. | **NOTICE OF MOTION TO DISMISS** |
| | **FIRST AMENDED COMPLAINT** |
| TITAN ALLIANCE IMPORT & EXPORT CORP., A New York Corporation, and GARY CHEUNG, a New York resident, and HALIFAX OF PALISADE LLC, A New Jersey Limited Liability Company licensed to do business in New York, and JAEL SHIM a/k/a JERRY SHIM and d/b/a HALIFAX OF PALISADE LLC and d/b/a HALIFAX LLC and d/b/a HALIFAX DENIM LLC, a New Jersey resident. | ORAL ARGUMENT REQUESTED |
| Defendants. | |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, dated April 17, 2020, and all proceedings had herein, Defendants Titan Alliance Import & Export Corp. and Gary Cheung, pursuant to Federal Rules of Civil Procedure Rules 9(b) and 12(b)(6), will move this Court at the United States District Courthouse, 225 Cadman Plaza East Brooklyn, New York 11201, before the Honorable William F. Kuntz, at a date and time designated by the Court, for an Order dismissing Plaintiff's First Amended Complaint with prejudice, along with such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order of the Honorable

William F. Kuntz, dated February 21, 2020, any opposing affidavits and memoranda of law shall be served on or before May 15, 2020 at 5:00 p.m., and any reply affidavits and memoranda of law shall be served on or before May 29, 2020 at 5:00 p.m.

Dated: April 17, 2020
     New York, NY

**REED SMITH LLP**

By:   */s/ Nana Boyer*
      Nana Boyer
      599 Lexington Avenue
      New York, NY 10022
      Tel.: (212) 521-5400
      Fax: (212) 521-5450
      nboyer@reedsmith.com

      *Attorneys for Defendants*
      *Titan Alliance Import & Export*
      *Corp. and Gary Cheung*

TO:    Kevin Kerveng Tung, Esq.
      KEVIN KERVENG TUNG, P.C.
      Queens Cross Business Center
      136-20 38th Ave., Suite 3D
      Flushing, New York 11354
      Tel: (718)-939-4633

      *Attorneys for Plaintiffs*